AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Charles Knights<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No. 13-MJ-2091-MBB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2/25/13, 2/25/13, and 3/4/13__ in the county of __Suffolk and Middlesex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 2113(a) | Bank Robbery and Attempted Bank Robbery |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Darwin Suelen
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/18/2013__

_____
*Judge's signature*

City and state: __Boston, Massachusetts__    Marianne B. Bowler, U.S. Magistrate Judge
*Printed name and title*